UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENISE BOORMAN, an individual and as the personal representative of RICHARD LESLIE FRANCIS BOORMAN; BILLY CHRISTIAN BOORMAN, a minor; DEAN ALFRED BOORMAN; RITA VAN INGEN; DIANE GOODWIN; and GEMMA BARKER,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA MEMORIAL CREMATION SOCIETY, INC., a Nevada corporation formerly identified as NEVADA FUNERAL SERVICE; STEVE ALLEN; ERIC ARCENEAUX; CLARK COUNTY; CLARK COUNTY CORONER'S OFFICE; and MONIQUE BEVERLY,<br><br>Defendants. | 2:07-CV-00706-PMP-GWF<br><br>ORDER |

In light of the opinion issued by the Nevada Supreme Court, the parties shall file a status report by September 3, 2010.

DATED: August 20, 2010

_____
PHILIP M. PRO
United States District Judge