UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE BOORMAN, et al., )<br>          Plaintiffs, )<br> )<br>vs. )<br> )<br>NEVADA FUNERAL SERVICE, )<br>          Defendant. )<br>_____ ) | Case No.  2:07-cv-00706-PMP-GWF<br><br>**ORDER** |

This matter is before the Court on the Notice of Appearance of Local Counsel (#77) filed on September 23, 2010.  Upon review and consideration,

**IT IS HEREBY ORDERED** that the Notice of Appearance of Local Counsel (#77) is granted. Attorney Stephen R. Kopolow is designated as local counsel for Plaintiffs in the place of John S. Rogers.

DATED this 27th day of September, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge