UNITED STATES DISTRICT COURT

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| DENISE BOORMAN, an individual and as the personal representative of RICHARD LESLIE FRANCIS BOORMAN; BILLY CHRISTIAN BOORMAN, a minor; DEAN ALFRED BOORMAN, an individual; RITA VAN INGEN, an individual; DIANE GOODWIN, an individual; GEMMA BARKER, an individual, | 2:07-CV-00706-PMP-GWF |
| Plaintiffs, | **ORDER** |
| vs. | |
| NEVADA MEMORIAL CREMATION SOCIETY, INC., (a Nevada Corporation) formerly identified as NEVADA FUNERAL SERVICES, a business entity of form unknown; STEVE ALLEN, an individual; ERIC ARCENEAUX an individual; CLARK COUNTY, a political subdivision of the STATE OF NEVADA; CLARK COUNTY CORONER'S OFFICE, a division of CLARK COUNTY; MONIQUE BEVERLY, an individual; and DOES 6 thru 100 inclusive, | |
| Defendants. | |

On September 25, 2008, this Court entered an Order (Doc. #53) granting in part and denying in part Defendants' Motion to Dismiss (Doc. #43), and by separate Order (Doc. #54) certified questions to the Nevada Supreme Court.

On July 29, 2010, the Nevada Supreme Court issued an Opinion on the certified questions. A copy of that Opinion was filed in this Court on August 10, 2010, (Doc. #70). On September 3, 2010, Defendants Clark County and Monique Beverly filed a Motion (Doc. #72) to renew portions of the Motion to Dismiss filed April 29, 2008, (Doc. #43). Defendants' Motion to Renew (Doc. #72) is fully briefed,

1    and the parties are familiar with the facts that underline this action.

2    The core question presented by Defendants' Renewed Motion to Dismiss is whether the Opinion of the Nevada Supreme Court on the certified questions requires dismissal of all claims set forth in Plaintiffs' Second Amended Complaint except for claims for intentional and negligent infliction of emotional distress brought by Plaintiff Denise Boorman, mother of the decedent, against Defendant Clark County Coroner's Office, a division of Clark County, and Monique Beverly.  The Court adopts the interpretation of the Opinion of the Nevada Supreme Court  offered by Defendants Clark County and Monique Beverly, and therefore finds that Defendants' Motion to Renew Motion to Dismiss (Doc. #72) must be granted.

**IT IS THEREFORE ORDERED** that Defendants Clark County and Monique Beverly's Motion to Renew Motion to Dismiss (Doc. #72) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Denise Boorman shall have to and including **November 3, 2010**, within which to file a Third Amended Complaint consistent with this Court's Order.

DATED:  October 6, 2010.

_____
PHILIP M. PRO
United States District Judge