UNITED STATES DISTRICT COURT

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| DENISE BOORMAN, an individual and as the personal representative of RICHARD LESLIE FRANCIS BOORMAN; BILLY CHRISTIAN BOORMAN, a minor; DEAN ALFRED BOORMAN, an individual; RITA VAN INGEN, an individual; DIANE GOODWIN, an individual; GEMMA BARKER, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEVADA MEMORIAL CREMATION SOCIETY, INC., (a Nevada Corporation) formerly identified as NEVADA FUNERAL SERVICES, a business entity of form unknown; STEVE ALLEN, an individual; ERIC ARCENEAUX an individual; CLARK COUNTY, a political subdivision of the STATE OF NEVADA; CLARK COUNTY CORONER'S OFFICE, a division of CLARK COUNTY; MONIQUE BEVERLY, an individual; and DOES 6 thru 100 inclusive,<br><br>    Defendants. | 2:07-CV-00706-PMP-GWF<br><br>**ORDER** |

The Court having read and considered Defendants' fully briefed Motion to Strike and/or Motion in Limine to Exclude the Testimony and Report of Plaintiffs' Designated Expert John M. Greene, M.D., (Doc. #125) filed September 16, 2011, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion to Strike and/or Motion in Limine to Exclude the Testimony and Report of Plaintiffs' Designated Expert John M. Greene, M.D., (Doc. #125) is **DENIED**.

DATED: October 18, 2011.

_____
PHILIP M. PRO
United States District Judge