UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DENISE BOORMAN, an individual and as )
the personal representative of RICHARD )
LESLIE FRANCIS BOORMAN; BILLY )
CHRISTIAN BOORMAN, a minor; )
DEAN ALFRED BOORMAN; RITA VAN )
INGEN; DIANE GOODWIN; and )
GEMMA BARKER, )
                                      )
          Plaintiffs,                 )
                                      )
v.                                    )
                                      )
NEVADA MEMORIAL CREMATION )
SOCIETY, INC., a Nevada corporation )
formerly identified as NEVADA )
FUNERAL SERVICE; STEVE ALLEN; )
ERIC ARCENEAUX; CLARK COUNTY; )
CLARK COUNTY CORONER'S )
OFFICE; and MONIQUE BEVERLY, )
                                      )
          Defendants.                 )
                                      )

2:07-CV-00706-PMP-GWF

ORDER

          In light of the parties' settlements (Doc. #145, #146), this action is hereby

DISMISSED.

          IT IS SO ORDERED.

DATED: January 24, 2012

_____
PHILIP M. PRO
United States District Judge