UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENISE BOORMAN, an individual and as the personal representative of RICHARD LESLIE FRANCIS BOORMAN; BILLY CHRISTIAN BOORMAN, a minor; DEAN ALFRED BOORMAN; RITA VAN INGEN; DIANE GOODWIN; and GEMMA BARKER,<br><br>      Plaintiffs,<br><br>v.<br><br>NEVADA MEMORIAL CREMATION SOCIETY, INC., a Nevada corporation formerly identified as NEVADA FUNERAL SERVICE; STEVE ALLEN; ERIC ARCENEAUX; CLARK COUNTY; CLARK COUNTY CORONER'S OFFICE; and MONIQUE BEVERLY,<br><br>      Defendants. | 2:07-CV-00706-PMP-GWF<br><br><u>ORDER</u> |

      In light of the parties' settlements (Doc. #145, #146), this action is hereby DISMISSED.

      IT IS SO ORDERED.

DATED: January 24, 2012

_____
PHILIP M. PRO
United States District Judge